*ROYALL TYLER,* ⎱ Assistant Judges.
*STEPHEN JACOB,* ⎰

---

## JUSTUS BELLAMY *against* JOSEPH CORBAN.

*On complaint for the non-entry of a writ of error, the interest must be computed from the date of the execution on the original judgment.*

THE defendant filed his complaint for the non-entry of a writ of error.

Judgment of the County Court affirmed.

And now the defendant contended for the computation of interest from the day of the rendering the original judgment.

*Sed per Curiam.* The interest here allowed under the term " *damages,*" is expressly given by the statute " *for the delay* occasioned by the writ of error."

The impetration of the present writ was subsequent to the issuing the writ of execution on the original judgment. The plaintiff below might have taken out his writ of execution immediately upon the rising of the Court. If he did not, it was his own neglect, and he shall not charge his laches on the plaintiff in error. In cases where the *supersedeas* operates hardly, the Court have ample power to remunerate the original plaintiff " in double costs at their discretion." *Vermont* Stat. vol. 1. p. 57.

Let the interest be computed from the day of the date of the writ of execution.

· *Josias Smith*, for the complainant.